| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>M&T Bank | |
| In Re:<br><br>Nadia Exantus,<br><br>Debtor. | Case No.: 25-20806-VFP<br><br>Chapter: 13<br><br>Hearing Date: 12/18/2025<br><br>Judge: Papalia |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled     ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 14)

Date: 12/11/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*