Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−20806−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nadia Exantus
   265 Newark Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−2393

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 19, 2025.

Dated: December 19, 2025
JAN: gml

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-20806-VFP |
| Nadia Exantus | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 19, 2025 | Form ID: plncf13 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nadia Exantus, 265 Newark Avenue, Bloomfield, NJ 07003-4947 |
| 520845431 | + | Apple Credit Card, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 520845432 | + | Associated Bank, 75 Remittance Drive, Suite 1738, Chicago, IL 60675-1738 |
| 520922184 | + | Associated Bank, N.A., 6400 Main Street, Suite 200, Amherst, New York 14221-5803 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 19 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 19 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520845433 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 21:02:46 | Capital One, PO Box 981600, Boston, MA 02298-1600 |
| 520845434 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 19 2025 21:02:25 | Chase, Cardmember Service, PO Box 15548, Wilmington, DE 19886-5548 |
| 520915910 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 21:02:33 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520845436 | + | Email/Text: mrdiscen@discover.com | Dec 19 2025 20:57:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 520905449 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 19 2025 20:59:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520866583 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 19 2025 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520921235 | | Email/Text: camanagement@mtb.com | Dec 19 2025 20:58:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520845437 | | Email/Text: camanagement@mtb.com | Dec 19 2025 20:58:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 520845438 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 21:02:35 | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 520845439 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2025 21:02:05 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 19, 2025 | Form ID: plncf13 | Total Noticed: 16 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520845435 | *+ | Chase, Cardmember Service, PO Box 15548, Wilmington, DE 19886-5548 |
| 520871238 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael Schwartzberg | on behalf of Debtor Nadia Exantus michael@jerseylaws.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4